# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT C. SIMMONS, | |
| Plaintiff, | Case No. 25-cv-851 (JMC) |
| v. | |
| UNITED STATES GOVERNMENT, *et al.*, | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motions to dismiss, ECF 20, 21, 22, 27, 30, 40, 53, are **GRANTED**. It is further **ORDERED** that this case is **DISMISSED WITH PREJUDICE** in its entirety as to all Defendants named in Plaintiff's complaint. ECF 1. Plaintiff's Supplemental Motion for Writ of Mandamus/Notice of Constitutional Challenge, ECF 49, is **DENIED** as moot.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: February 26, 2026

1